UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:17 am, Jul 07, 2025*
**JEFFREY P. COLWELL, CLERK**

Jonathan J. Schmitt,                         )
   Plaintiff,                              )
                           )  Civil Action No. _____
v.                                           )
                           )
WOODWARD, INC.; ADP, INC.; BEN GONZALEZ;      )
KEITH OLSON; TROY SCHROEDER; DEAN HERMS;      )
ELIZABETH ESPARZA; ALMA CASTILLO; and DOES 1-50, )
   Defendants.                           )

## VERIFIED COMPLAINT
### (Jury Trial Demanded)

## I.   INTRODUCTION

1.  Plaintiff is Woodward's former licensed electrician. After reporting FAA/OSHA safety violations—including energized bus-duct drilling and fire-alarm tampering—Defendants retaliated, placed him on leave, canceled his Anthem Blue Cross coverage, and ultimately fired him.

## II.  JURISDICTION & VENUE

2.  28 U.S.C. § 1331; 49 U.S.C. § 42121(b)(4)(A); 42 U.S.C. § 12117(a); venue under 28 U.S.C. § 1391(b).

## III. PARTIES

3.  Plaintiff Jonathan J. Schmitt — 2444 River Rim Rd., Loveland CO 80537.
4.  Woodward, Inc. — 1081 Woodward Way, Fort Collins CO 80524 (CT Corp, 7700 E. Arapahoe Rd., Ste 220, Centennial CO 80112).
5.  ADP, Inc. — 1 ADP Blvd., Roseland NJ 07068 (CT Corp same CO address).
6.  Individuals:
    - Ben Gonzalez – Facilities Supervisor   • Keith Olson – Facilities Manager
    - Troy Schroeder – Global Safety Lead   • Dean Herms – Hearing Officer
    - Elizabeth Esparza – HR Partner   • Alma Castillo – Admin Assistant

## IV. FACTUAL ALLEGATIONS

7.  **7 Mar 2022** — Hired via EMCOR; **9 May 2022** Woodward absorbs EMCOR staff.
8.  2022-2023 — 14 written hazard reports (bus-duct, fire-alarm falls).
9.  **15 Aug 2024** — Placed on administrative leave after OSHA/FAA escalation.
10. **30 Aug 2024** — Anthem BCBS coverage terminated; Medicaid denies MS medication ⇒ medical debt >$50 k.
11. **19 Aug 2024** — Termination (ADP code "involuntary separation").

## V.  CAUSES OF ACTION

Count I – AIR-21 Retaliation (49 U.S.C. § 42121)

Count II – ADA Discrimination & Retaliation (42 U.S.C. § 12112)
Count III – FMLA Interference & Retaliation (29 U.S.C. § 2615)
Count IV – Colorado Wage-Claim & Wrongful Discharge (C.R.S. § 8-4-101)
Count V – Civil RICO (18 U.S.C. § 1962(c))

VI. PRAYER FOR RELIEF

**TOTAL MONETARY DEMAND $18,875,000**

I. Compensatory Damages $3,325,000
   A. Back Pay $750,000   B. Front Pay $1,200,000
   C. Lost Benefits $350,000   D. Medical $125,000
   E. Emotional Distress $500,000   F. Reputation $400,000

II. Statutory Damages $8,325,000
   Dodd-Frank $2,500,000   False Claims Act Treble $3,750,000
   RICO Treble $1,875,000   Liquidated (FLSA/FMLA) $200,000

III. Punitive Damages $7,000,000
   Willful Conduct $5,000,000   Pattern Retaliation $2,000,000

IV. Attorney Fees & Costs $925,000
V. Pre-Judgment Interest $300,000

Plus injunctive safety relief, reinstatement or front pay, expungement, whistleblower-policy implementation, and any further just relief.

VII. JURY DEMAND
Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Jonathan J. Schmitt    Date: ___ July 2025
2444 River Rim Rd., Loveland CO 80537 • (970) 966-4557
JonSchmitt232@gmail.com

VERIFICATION
I verify under penalty of perjury that the foregoing is true and correct.

_____ Date: 0/05 July 2025 4:50 Pm
Jonathan J. Schmitt